## Letter Agreement

August 21, 2017

DeAngelo Vehicle Sales, LLC
ATTN: Paul DeAngelo
9 Banks Avenue
McAdoo PA 18237

**Re:** Adrian Peterson LOV Claim Form – Policy #~~RCA0001011~~

Gentlemen:

The purpose of this letter ("Letter") is to set forth certain understandings and agreements between DeAngelo Vehicle Sales, LLC ("DVS") and Thrivest Specialty Funding, LLC ("TSF") with respect to the loss-of-value insurance policy held by Empirical Loss Management, LLC on behalf of TSF, as the "Assured," for Adrian Peterson, the "Insured," labeled Policy Number ~~RCA0001011~~ (the "Policy").

It is mutually understood and agreed upon by the parties that, pursuant to this Letter, TSF hereby assigns and grants DVS all rights, title, and interest TSF may have in and to the Policy, including, without limitation, all proceeds, rights to distributions, and other accounts (collectively, "Proceeds") to be received by and/or due and owed to TSF as a result of the Policy. For purpose of clarification, it is expressly understood that in the event TSF receives any Proceeds as a result of the Policy, such Proceeds shall be immediately forwarded to DVS as the rightful owner thereof.

If you are in agreement with the terms and conditions set forth in this Letter, please sign and date this Letter in the space provided below to confirm the agreement of the parties and return a signed copy to the undersigned. This Letter shall become effective and binding upon TSF and DVS upon the Execution Date set forth below.

Sincerely,

Thrivest Specialty Funding, LLC

By: *Joseph R Genovesi*
Name: Joseph Genovesi
*I have authority to bind TSF*