TOP 100

News Home | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts

# Adrian Peterson suffers knee injury in Vikings' win

  

By Around the NFL staff | NFL.com
Published: Sept. 18, 2016 at 10:49 p.m.  Updated: Sept. 19, 2016 at 09:56 a.m.



**Adrian Peterson leaves the game early due to injury**

An ugly evening for Adrian Peterson just got worse.

The Vikings running back was ruled out of Sunday night's win over the Packers after suffering a knee injury in the third quarter, per the team.

◀ PREVIO

LATEST

Saints sign West

Wentz wel Philly

Cowboys,

Jimmy Sm

Jets OC or him'

Landry: I d Tannehill

Vikings W itself'

Jon Grude deal

Broncos a

LeSean Mc special'

MORE POSTS

TOP 100

News Home | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts



Jane Slater



PHOTO
BEST Q
Gil Brandt r
where Joe

TOP 100

| News Home | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts |

Unfortunately, Peterson is no stranger to leg injuries. The legendary runner tore his left ACL in December 2011 only to return and lead the NFL in rushing the following season.

The news could not come at a worse time for the Vikings, who have already dealt with a season-ending knee injury to starting quarterback Teddy Bridgewater.

For as long as Peterson is out of commission, look for the combination of Matt Asiata and Jerick McKinnon to carry the load. The Vikings don't have another runner on the roster outside of fullback Zach Line. The injury puts plenty of pressure on quarterback Sam Bradford to make the most of star receiver Stefon Diggs and Minnesota's air attack.

It's obviously a team-altering setback for the resilient Vikings. That's always the case when you lose a Hall of Fame-caliber player. We'll update this post as we hear more about Peterson's status.

  



◀ PREVIOUS ARTICLE      NEXT ARTICLE ▶      "McCoy gushes over rookie Josh Allen: 'He's sp...'"



Sponsored Links



**20 Famous Actors You Didn't Know Were Also Star Athletes**
TieBreaker



**Jury orders Rams to pay Reggie Bush $12.5 million for injury**



**The Little Girl From The Film Waterworld Is All Grown Up and Gorgeous**
Weight Loss Groove

TOP 100

**News Home** | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts

## From The Web
*Sponsored Links*

- 20 Famous Actors You Didn't Know Were Also Star Athletes (TieBreaker)
- The Little Girl From The Film Waterworld Is All Grown Up and Gorge… (Weight Loss Groove)
- Ft Lauderdale, Florida: This Tiny, Unknown Company Is Disru… (EverQuote Insurance Quotes)
- U.S Cardiologist: I Urge Americans To Quit 3 Foods (Gundry MD)
- You're Probably Overpaying at Amazon – This Genius Trick Will Fix That (Honey)
- How To Pay Off Your House ASAP (So Simple It's Unbelievable) (LowerMyBills)
- Early Signs And Treatments For Diabetic Nerve Pain (Yahoo Search)
- It's Like Amazon, but Everything Sells in 90 Seconds (Tophatter)
- Commonly Misused Phrases That Will Make You Sound Unprofessi… (Work + Money)
- Here's Why This Company is the "Apple of Underwear"... (The Weekly Brief | Mack Weldon)

## FAN DISCUSSION

View all comments

TOP 100

News Home | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts

**Cody Vacura** · Assistant/Server at Olive Garden

Get ready for the Vikings can't win without AP and the packers will likely bounce back and go 15-1 narratives... With how bad our o-line has played plus people going all out to stop AP I wouldn't mind having a talented back like McKinnon make the offense more balanced/unpredictable. AP is my favorite player but the guy has like zero chance out there lately and this injury was bound to happen until the vikes change it up a bit with playcalling and the line.

Like · Reply · 1y

**Brad Dexter** · UW Whitewater

Well I'll be switched...!

Like · Reply · 1y

**Bill Shanteau**

peterson is on his way out time to hang up the cleats

Like · Reply · 1y

    **Cameron Bellomy**

    Lol you noob

    Like · Reply · 1y

    **Bill Shanteau**

    Cameron Bellomy hes thinkin that right now im rich lets just spend my money now

    Like · Reply · 1y

**Load 10 more comments**

Facebook Comments Plugin

TOP 100

News Home | Injuries | Inactives | Transactions | CFB 24/7 | Features | Podcasts | N