

| YEAR | | AGE | BASE SALARY | BONUS BREAKDOWN | | CAP DETAILS | | CASH DETAILS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ROSTER | WORKOUT | CAP HIT | DEAD CAP | YEARLY CASH | |
| 2017 | | 32 | $705,882 | - | - | $705,882 | $705,882 | $705,882 ($705,882) | |
| 2018 | | 33 | $1,050,000 | $1,781,250 | $50,000 | $2,881,250 | $0 | $2,881,250 ($3,587,132) | ✖ |
| 2019 | | 34 | UFA | | | | | | |

**Contract Notes:**

- $3.5M guaranteed (signing bonus + 2017 salary)
- 2018 Per Game Active Bonus: $25,000 ($400,000)
- 2018 53-Man Roster Bonus: $103,125 ($1.65M, increases for every incentive earned)
- 2018 Roster Bonus: $750,000 (due 3/16/2018)
- 2018 Workout Bonus: $50,000
- Additional incentives: $8.25M
- Annual Rush Yard Incentives:
  750: $150,000
  1000: $250,000
  1,250: $750,000
  1,500: $1,000,000
- Annual Touchdown Incentives:
  6: $250,000
  8: $500,000
  10: $750,000 (must be the RB leader in TD)
- 750 yards, 6 TDs, and making the playoffs: $250,000
- Conference Championship Appearance: $500,000
- Super Bowl Appearance: $1M

**Contract Source:** New Orleans Advocate

APR 25 2017
Signed a 2 year $7 million contract with New Orleans (NO)

FEB 28 2017
Minnesota (MIN) declined option for 2017, clearing $18M in cap space

AUG 4 2016
Fined $2,073,529 Fined 3 game checks from 2014 for violating the personal conduct policy (Child violence)

JUL 21 2015
Signed a 3 year $42 million restructured contract with Minnesota (MIN)

SEP 10 2011
Signed a 6 year $86.28 extension with Minnesota (MIN)

JUL 29 2007
Signed a 5 year $40.5 million contract with Minnesota (MIN)

APR 28 2007
Drafted by Minnesota (MIN): Round 1 (#7 overall)


