June 26, 2017

**_VIA EMAIL & MAIL_**
Empirical Loss Management, LLC
ATTN: Mary Ann Camp
750 E Britton Road, Suite 100
Oklahoma City, OK 73114
Email: ~~MaryAnnCamp@empiricallm.com~~

RE: **_LOV Claim Form – Adrian Peterson – Policy #~~RGL0081611~~_**

Dear Ms. Mary Ann Camp,

    This correspondence is in response to your letter dated June 16, 2017 (the "Letter") regarding Policy #~~RGL0081611~~ (the "Policy"). The purpose of this correspondence is to provide you with the requested information necessary in order for you to properly evaluate my claim under Interest Section B, for Loss of Value coverage under the Policy (the "Claim").

    In your Letter, you state the only information provided regarding the Claim is a (i) Disability Insurance Claim Form, and (ii) copy of my NFL Contract. You further state that Certain Underwriters at Lloyd's London ("Underwriters") is aware that I signed a two-year contract with the New Orleans Saints on or around April 28, 2017 ("Saints Contract"), covering the 2017 and 2018 NFL Season, respectively. However, your cited information in the Letter surrounding the Saints Contract appears to be based on incorrect and/or incomplete information. An accurate description of the Saints Contract, and the amount of Compensation I may **potentially** receive, is provided below. Please be advised that the vast majority of the amounts provided below are (i) not **guaranteed**, (ii) based upon me achieving a number of milestones / incentives provided therein, and (iii) not cumulative (i.e. if first level milestone is reached, but surpassed so that I have obtained the second level milestone, I receive only the amount set forth for the second level, not the total amount for both the first level and second level):

**Salary**
- 2017 – $1,000,000 (**guaranteed**)
- 2018 – $1,050,000

**Signing Bonus**
- $2,500,000 (**guaranteed**)

**Reporting Bonus**
- 2018 Per Game Active Bonus – $25,000 per game ($400,000 total)
- 2018 53-Man Roster Bonus – $73,529 per week (may be increased based on incentives earned during 2017 NFL Season)
- 2018 Workout Bonus – $50,000

**Roster Bonus**
- 2018 Roster Bonus – $750,000 (**due 3rd league day of 2018**)

**Performance Bonus**
- Annual Rushing Yard Incentives
    - 750 yards – $150,000
    - 1,000 yards – $250,000
    - 1,250 yards – $750,000
    - 1,500 yards – $1,000,000

- Annual Touchdown Incentives
    - 6 touchdowns – $250,000
    - 8 touchdowns – $500,000
    - 10 touchdowns – $750,000 (**must lead NFL in rushing touchdowns to receive**)

- Make Playoffs – $250,000
- Make Conference Championship – $500,000
- Make Super Bowl – $1,000,000

    In sum, the Saints Contract contains (i) $3.5 Million in guaranteed compensation, (ii) with the ability for me to earn up to $15.25 Million in added incentives over the duration thereof based upon performance and remaining on the active roster. Because the majority of the Saints Contract is incentive-based, unless stated, the amounts above reflect **non-guaranteed** compensation, and shall not be deemed earned until I have reached the respective milestone(s). Hopefully, the above provides clarification regarding the terms surrounding the Saints Contract.

    Furthermore, you state additional information and/or documentation is needed in order to assess my Claim. Such information / documentation is provided in addition with this response, and should you have any other questions or requests, please do not hesitate to contact me.

Sincerely,

*[signature: Adrian Peterson]*
Adrian Peterson