

Alan Wilmot, Esq.<br>
Tel. 281.851.9570<br>
alan@heitnerlegal.com

September 12, 2017

**VIA EMAIL**
Empirical Loss Management, LLC
ATTN: Mary Ann Camp
750 E Britton Road, Suite 100
Oklahoma City, OK 73114
Email: ~~MaryAnnCamp@empiricallm.com~~

RE:     ***Request To Review – LOV Claim Form – Adrian Peterson – Policy #*** ~~RCA0601051~~

Dear Ms. Mary Ann Camp,

    This correspondence is in response to your letter dated August 24, 2017 regarding Policy # ~~RCA0601051~~ (the "Policy"), wherein you state that Mr. Peterson's Claim submitted through a Proof of Loss form for benefits under Section B of the Policy for Loss of Value based upon an injury sustained on September 18, 2016 has been denied ("Declination Letter"). The purpose of this correspondence is to seek review of the factors contemplated in issuing the Declination Letter and to inform you of Mr. Peterson's decision to formally contest the decision made therein.

    The Declination Letter cites to relevant terms, conditions, and definitions contained in the Policy, and concludes that Mr. Peterson's Claim was denied based on the belief he did not sustain an Aggregate Ascertained Loss, because his Offer received from the New Orleans Saints is greater than the Offer stated in the Policy. Regarding Aggregate Ascertained Loss, in order to qualify for coverage under the Policy, the Offer received by Mr. Peterson must be less than a total of USD $12,000,000 based on a three (3) year contract (i.e. USD $4,000,000 per year, irrespective of whether the contract is paid evenly over the number of years), and the Policy further states, *inter alia*,

> **It is understood and agreed that there can be no claim under this Insurance with respect to Section B if the Compensation made by a Professional American football is greater than or equal to the Offer, as stated in the insuring agreement.**

> **It is further understood and agreed that there can only be a valid and collectible claim under this Insurance if the Offer made by a Professional American Football Team is lower than the Offer, as stated in the insuring agreement. The amount payable will be dependent upon length in years of the Actual Offer.**

    Compensation is defined to include "Salary and Signing Bonus included in an Offer made by a Professional American Football Team, including Performance, Roster and Reporting

215 Hendricks Isle, Fort Lauderdale, FL 33301<br>
P: 954.558.6999 • F: 954.927.3333<br>
www.HEITNERLEGAL.com

HEITNER LEGAL

Bonus." However, based upon the Declination Letter – wherein you state the Offer received by Mr. Peterson is two (2) years at USD $6,250,000 per season, or USD $12,500,000 in total – it appears that you have misinterpreted the actual base value of the contract executed between Mr. Peterson and the New Orleans Saints ("Contract") for the purpose of determining his Compensation thereunder. A breakdown of the dollar values contained in Mr. Peterson's Contract is provided below:

- Salary
    - 2017 – USD $1,000,000 (Guaranteed)
    - 2018 – USD $1,050,000 (Non-Guaranteed)

    **Total Salary under Contract – USD $2,050,000 (USD $1,000,000 Guaranteed)**

- Signing Bonus – **USD $2,500,000 (Guaranteed)**

- Reporting/Workout Bonus
    - 2017 – N/A
    - 2018 – USD $50,000 (Non-Guaranteed)

    **Total Reporting/Workout Bonus under Contract – USD $50,000 (Non-Guaranteed)**

- Roster Bonus
    - 2017 – N/A
    - 2018
        - Ninety (90) Man Roster Bonus – USD $750,000 (Guaranteed if on Club's Ninety (90) Man Roster on third (3rd) day of 2018 NFL League Year)
        - Forty-Six (46) Man Active Roster Bonus – total USD $400,000 (Payable in installments of USD $25,000 for each game Mr. Peterson is a member of the Club's Forty-Six (46) Man Active Roster – if not on active roster, does not receive payment)
        - Weekly Roster Bonus – total USD $1,250,000 (Payable in installments of USD $73,529.41 for each week Mr. Peterson is a member of Club's (i) 53-Man Active/Inactive Roster; (ii) Reserved/Injured List; or (iii) Reserve/PUP List – if not on any of the foregoing, does not receive payment)

    **Total Roster Bonus under Contract – USD $2,400,000 (Non-Guaranteed)**

- Performance Bonus
    - 2017
        - Rushing Yards Bonus – total USD $1,000,000 (based on four (4) tiers of performance, from which the maximum bonus amount received thereunder is USD $1,000,000)

**HEITNER LEGAL**

- Touchdown Bonus – total USD $750,000 (based on three (3) tiers of performance, from which the maximum bonus amount received thereunder is USD $750,000)
- Club/Individual Performance Bonus – total USD $1,000,000 (based on three (3) tiers of performance, from which the maximum bonus amount received thereunder is USD $1,000,000)

  o 2018
    - Rushing Yards Bonus – total USD $1,000,000 (based on four (4) tiers of performance, from which the maximum bonus amount received thereunder is USD $1,000,000)
    - Touchdown Bonus – total USD $750,000 (based on three (3) tiers of performance, from which the maximum bonus amount received thereunder is USD $750,000)
    - Club/Individual Performance Bonus – total USD $1,000,000 (based on three (3) tiers of performance, from which the maximum bonus amount received thereunder is USD $1,000,000)

**Total Performance Bonus under Contract – USD $5,500,000 (Non-Guaranteed)**

Based upon the foregoing, it follows that the Contract carries a total guaranteed amount of only USD $3,500,000, and that Mr. Peterson may be released therefrom without further Compensation at any time during the Contract. Furthermore, according to numerous reports by NFL Insiders and experts with express knowledge of the interworking of NFL contracts, Mr. Peterson's Contract value is for two (2) years at USD $3,500,000 per season, or USD $7,000,000 in total. A breakdown reflecting how this amount is calculated is provided below[1]:

| Year | Base Salary (Guaranteed) | Bonuses | | | | Cap Number |
| --- | --- | --- | --- | --- | --- | --- |
| | | Prorated | Roster | Workout | Other | |
| 2017 | $1,000,000 *$1,000,000* | $1,250,000 | $0 | $0 | $0 | $2,250,000 |
| 2018 | $4,750,000 | $1,250,000 | $2,400,000 | $0 | $0 | $4,750,000 |
| Total | $5,750,000 | $2,500,000 | $2,400,000 | $0 | $0 | $7,000,000 |

---

[1] *See* https://overthecap.com/player/adrian-peterson/1753

215 Hendricks Isle, Fort Lauderdale, FL 33301
P: 954.558.6999 • F: 954.927.3333
www.HEITNERLEGAL.com



See also Spotrac.com[2]:

| CONTRACT TERMS: 2 yr(s) / $7,000,000 | | SIGNING BONUS $2,500,000 | | AVERAGE SALARY $3,500,000 | GTD AT SIGN: $3,500,000 | TOTAL GTD: $3,500,000 | FREE AGENT: 2019 / UFA |
|---|---|---|---|---|---|---|---|
| | | BONUS BREAKDOWN | | | CAP DETAILS | | CASH DETAILS |
| YEAR | AGE | BASE SALARY | SIGNING | ROSTER | WORKOUT | CAP HIT | DEAD CAP | YEARLY CASH |
| 2017 | 32 | $1,000,000 | $1,250,000 | - | - | $2,250,000 | $3,500,000 | $3,500,000 ($3,500,000) |
| 2018 | 33 | $1,050,000 | $1,250,000 | $2,400,000 | $50,000 | $4,750,000 | $1,250,000 | $3,500,000 ($7,000,000) |

See also NFL.com[3]:

> **The face of the Minnesota Vikings for a decade finalized a two-year deal with the New Orleans Saints that will pay Peterson $7 million, NFL Network Insider Ian Rapoport reported, via a source informed of the situation.**

See also Tweets via Josina Anderson[4]:



---

[2] http://www.spotrac.com/nfl/new-orleans-saints/adrian-peterson-4753/

[3] http://www.nfl.com/news/story/0ap3000000802102/article/adrian-peterson-saints-finalize-twoyear-contract

[4] https://twitter.com/JosinaAnderson (*see also* http://espnmediazone.com/us/bios/josina-anderson/) ("Josina Anderson is a National NFL Insider and reporter for ESPN. She primarily appears on NFL Live, NFL Insiders, Sunday NFL Countdown and SportsCenter. Her role spans enterprise feature reporting, serving as a game-day reporter for Countdown, and regular in-studio appearances on NFL Insiders.")



*See also Overthecap.com*[5]:

> **Adrian Peterson signed a two year, $7 million contract with the Saints. According to Curtis Crabtree of PFT, Peterson received a $2.5 million signing bonus and will received a $750,000 roster bonus on the 3rd day of the 2018 league year**

*See also SI.com (citing ESPN)*[6]:

> **According to ESPN, Peterson signed a two-year deal with a base value of $7 million – the contract is essentially a one-year, $3.5 million deal, since there is no guaranteed money for 2018.**

As such, the conclusion that Mr. Peterson received an Offer of two years / $12,500,000 is inaccurate. The base value of the Contract is USD $7,000,000, and no other additional monies should be included or contemplated therein. Thus, Mr. Peterson has sustained an Aggregate Ascertained Loss of USD $500,000 per year contained in the Contract, and the total amount payable to him under the Policy is USD $1,000,000.

    Based on the foregoing, Mr. Peterson contests your denial of coverage under the Policy, and seeks formal review of the determination set forth in the Declination Letter based on the information set forth herein. Should this matter not be resolved, Mr. Peterson reserves his right under Section 15 of the Policy to seek arbitration of all differences arising pursuant to his Claim. Should you have any questions or requests, or wish to engage in discussion regarding the merits behind your Declination Letter or this response, please do not hesitate to contact me.

Sincerely,

Alan Wilmot, Esq.

---

[5] *See* FN. 1

[6] https://www.si.com/nfl/2017/04/25/adrian-peterson-signs-saints-contract